# UNITED STATES DISTRICT COURT
for the    FILED 24 NOV 1 16:33 USDC-ORM

District of Oregon

MEDFORD Division

| | |
|---|---|
| Charles De Raedt<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>See Attached<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. __1:24-cv-01844-CL__<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name                        Charles De Raedt
        Street Address          -NA- (Homeless)
        City and County      Medford, Jackson
        State and Zip Code  Oregon 97501
        Telephone Number  "No Cell Service" number: 808.444.4990
        E-mail Address     deraedtcj@gmail.com
                                         ← (Email preferred) -

(Wifi only. Text pref.)

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- Name: La Clinica ~~del Valle?~~ / La Clinica Health
- Job or Title (if known): Health Clinics / Providers
- Street Address: 730 Biddle Rd., Medford, OR 97504
- City and County: Medford, Jackson Co.
- State and Zip Code: Oregon 97504
- Telephone Number: 541 618 1300
- E-mail Address (if known):

**Defendant No. 2**
- Name: Options for Southern Oregon
- Job or Title (if known):
- Street Address: 320 SW Ramsey Ave | MAILING: 1215 SW G St.
- City and County: Grants Pass | Grants Pass
- State and Zip Code: OR | OR 97526-2544
- Telephone Number: 541-476-2373 = 541-476-2373
- E-mail Address (if known):

MORE:
10) Andrea Bearden (Indiv.)
11) Atty Jessica Piedmonte
8) Atty Matthew Rowan
9) Kty
4
7) Jackson Co. Jail
4
5) Medford Police Dept
6) Jackson Co. Sherriff's Dept

**Defendant No. 3 (Individual)**
- Name: Dr. Emre Koca, MD
- Job or Title (if known): Medical Oncologist
- Street Address: Heimann Cancer Center (ASANTE)
- City and County: Medford, Jackson Co.
- State and Zip Code: OR 97504 / 3011 E Barnett Rd.
- Telephone Number: 541 789 4673 / 800 924 4353
- E-mail Address (if known):

**Defendant No. 4**
- Name: ① Asante Rogue Regional Medical Center
- Job or Title (if known): ② Asante Corporate
- Street Address: ① 2825 E Barnett Rd / ② 2650 Siskiyou Blvd
- City and County: Medford, Jackson
- State and Zip Code: OR 97504
- Telephone Number: ① 541 789 7000 / ② 541 789 7000
- E-mail Address (if known):

NB = Among those to be added ASAP are –
1) Oregon Health Authority
2) Oregon Health Plan
3) Jackson Care Connect CCO + All Care CCO
4) Care Oregon — 5) Gov. Ombuds Ofc.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Will append a very soon follow (Monday, unless unhealthy☹) Thank You.

[scribbled out text]

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ibid

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 1, 2024

Signature of Plaintiff
Printed Name of Plaintiff: Charles J. De Raedt
- Pro Se -

### B. For Attorneys

Date of signing: ~~~~~~~~~

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address