RECVD'24 NOV 1 16:34 USDC-ORM

Charles De Raedt

General Delivery

Medford, OR 97501

deraedtcj@gmail.com

(808) 444-4990

**Office of the Clerk of Court**

United States District Court for the District of Oregon

310 W 6th St

Medford, OR 97501

**Re: Formal Complaint for Damages Related to Medical Malpractice and Civil Rights Violations**

**October 2, 2024**

Honorable Judge,

I am writing to you today to humbly request your understanding and assistance as I navigate the complex process of filing this civil lawsuit. This case arises from years of severe abuse, neglect, and intentional infliction of harm by numerous defendants, including medical institutions, healthcare providers, and law enforcement agencies within the State of Oregon. These actions have had a devastating impact on my life, causing significant physical and emotional distress, and ultimately leading to my current disabled state.

Among the many injuries I have suffered, I have been diagnosed with an aggressive cancer, a direct result of the defendants' actions. This cancer has now metastasized to my lymphatic system due to the denial of necessary medical care and the deliberate delay of critical treatment. Despite my desperate need for medical attention, I have been

unjustly banned from receiving care at both OHSU and Asante healthcare systems. My health insurance provider, Oregon Health Plan/Jackson Care Connect, has also refused to assist me, leaving me without a primary care physician and unable to access essential medical treatment.

The defendants' egregious conduct extends beyond medical malpractice. I have been subjected to repeated instances of law enforcement abuse, false arrests, and malicious prosecution. I have also endured relentless slander, racism, and hate crimes. These attacks have not only damaged my physical and mental health but have also stripped me of my fundamental rights to life, liberty, and the pursuit of happiness.

Due to the extensive and ongoing nature of this abuse, I am currently unable to provide the court with a complete list of defendants and their contact information. The years of trauma, coupled with my deteriorating health, have significantly impaired my cognitive function and memory. I am actively working to gather this information and will provide it to the court as soon as possible.

I understand the importance of adhering to court procedures and I am committed to striving to the limits of my capability to reach and maintain the standard of a pro se litigant before this honorable court. However, I am facing extraordinary challenges that impede my ability to proceed swiftly. These include lack of access to consistent phone service, periods of incarceration based on unfounded charges, and the rapidly declining state of my health.

Given the dire circumstances and the urgent need for medical treatment, I respectfully request the court's leniency in granting an expeditious filing. I am concerned that any further delay will severely jeopardize my chances of survival and hinder my ability to effectively litigate this case. I am pursuing this lawsuit as a means to obtain the financial

resources necessary to access life-saving medical care, which I am currently unable to afford.

I humbly beseech the court's compassion and understanding in this matter. I am confident that, given the opportunity, I can present a compelling case that will expose the injustices I have suffered and hold the responsible parties accountable.

Thank you for your time and consideration.

Sincerely,

Charles De Raedt

RECVD'24 NOV 1 16:34USDC-ORM

Charles De Raedt
Medford, OR
deraedtcj@gmail.com
808.444.4990

October 31, 2024

United States District Court
District of Oregon
James A. Redden U.S. Courthouse
310 West Sixth St.
Medford, OR 97501

Re: Urgent Request for Expedited Filing of Civil Rights Complaint Due to Terminal Illness and Complete Denial of Medical Care

To the Honorable Judge and Court Officials,

I am writing to the Court with urgency and in desperation, compelled by recent and ongoing violations of my fundamental rights to file an abbreviated version of my civil rights complaint under severe time constraints. The abuses I have endured at the hands of multiple defendants, including public officials and agencies within the State of Oregon, have left me in a rapidly deteriorating medical condition, with no access to necessary medical care to slow or treat my life-threatening illness.

These defendants have deprived me of my most basic constitutional rights—namely, my rights to life, liberty, and the pursuit of happiness. As a direct result of their actions, I am suffering constant, severe physical pain and emotional anguish, with a life expectancy now estimated at only a few months, due to complete neglect and denial of any medical intervention.

Due to my worsening health, the continuing rights violations, and the obstacles placed by these defendants, I am left with no choice but to file a rushed and shortened version of my complaint. I respectfully request that the Court accept this filing in its abbreviated form, allowing me to provide additional specifics, identify further defendants, and elaborate on my claims as my limited cognitive capacity permits. Additionally, I request an injunction ordering immediate, unrestricted medical treatment outside the state at no cost to me, fully funded by those responsible for my suffering.

Given the urgent nature of my health needs, I request that the Court expedite the filing and review of this matter. Any further delay places my life in even greater jeopardy, robbing me of any remaining chance to seek justice for the tremendous harm inflicted upon me.

Thank you for your consideration of this request. Please contact me at 808.444.4990 or deraedtcj@gmail.com if additional information or clarification is needed.

Respectfully,

Charles De Raedt

Charles De Raedt
808.444.4990
deraedtcj@gmail.com

October 31, 2024

United States District Court
District of Oregon
James A. Redden U.S. Courthouse
310 West Sixth St.
Medford, OR 97501

Re: Request for Leniency and Accommodations in Case Filing

To the Honorable Judge and Court Officials,

I, Charles De Raedt, am filing a civil rights complaint as a pro se plaintiff against multiple defendants for sustained and ongoing violations of my rights. Given my current circumstances, I respectfully request leniency in procedural matters, particularly in regard to naming additional defendants after filing, and accommodations due to my severe medical and financial challenges.

I am homeless and enduring significant hardships, including an advanced stage of malignant cancer that has metastasized to my lymphatic system. My health condition leaves me with limited cognitive and physical capacity to conduct thorough legal research, identify all relevant parties, and gather necessary information. Additionally, my lack of access to medical care and basic resources has greatly hindered my ability to complete these tasks on the same timeline as a plaintiff in more stable conditions.

The abuse and systemic neglect I have endured have resulted in further limitations and delays in preparing this filing. I respectfully ask the Court to allow me to amend my complaint at a later date to include any additional defendants as they become known to me. I believe this is crucial for a fair and complete litigation process, as it will enable me to fully present my claims.

Thank you for your consideration of these extraordinary circumstances. I am committed to participating fully in this case and seeking justice for the violations I have suffered. Any accommodations the Court can provide to assist me as a pro se litigant with limited resources would be greatly appreciated.

Respectfully,

Charles De Raedt
Pro Se Plaintiff

RECVD'24 NOV 1 16:34USDC-ORM

Charles De Raedt
General Delivery
Medford, OR 97501
deraedtcj@gmail.com
(808) 444-4990

October 2, 2024

Office of the Clerk of Court
United States District Court for the District of Oregon
310 W 6th St
Medford, OR 97501

Re: Formal Preliminary Complaint for Damages Related to Medical Malpractice and Civil Rights Violations

Honorable Judge,

I am writing to you today to humbly request your understanding and assistance as I navigate the complex process of filing this civil lawsuit. This case arises from years of severe abuse, neglect, and intentional infliction of harm by numerous defendants, including medical institutions, healthcare providers, and law enforcement agencies within the State of Oregon. These actions have had a devastating impact on my life, causing significant physical and emotional distress, ultimately leading to my current disabled state.

Among the many injuries I have suffered, I have been diagnosed with an aggressive cancer, a direct result of the defendants' actions. This cancer has now metastasized to my lymphatic system due to the denial of necessary medical care and the deliberate delay of critical treatment. Despite my desperate need for medical attention, I have been unjustly banned from receiving care at both OHSU and Asante healthcare systems. My health insurance provider, Oregon Health Plan/Jackson Care Connect, has also refused to assist me, leaving me without a primary care physician and unable to access essential medical treatment.

The defendants' egregious conduct extends beyond medical malpractice. I have been subjected to repeated instances of law enforcement abuse, false arrests, and malicious prosecution. I have also endured relentless slander, racism, and hate crimes. These attacks have not only damaged my physical and mental health but have also stripped me of my fundamental rights to life, liberty, and the pursuit of happiness.

Due to the extensive and ongoing nature of this abuse, I am currently unable to provide the court with a complete list of defendants and their contact information. The years of trauma, coupled with my deteriorating health, have significantly impaired my cognitive function and memory. I am actively working to gather this information and will provide it to the court as soon as possible.

It was my intention to file one comprehensive case encompassing all the defendants and the full scope of their actions. However, the continuing barrage of attacks, coupled with my declining health and the urgent need for cancer treatment, compel me to file this preliminary suit. This suit

focuses specifically on those defendants directly involved in preventing me from accessing medical care and treatment for my cancer. I intend to pursue justice against the remaining defendants in subsequent actions as my health and circumstances permit.

I understand the importance of adhering to court procedures and I am committed to striving to the limits of my capability to reach and maintain the standard of a *pro se* litigant before this honorable court. However, I am facing extraordinary challenges that impede my ability to proceed swiftly. These include lack of access to consistent phone service, periods of incarceration based on unfounded charges, and the rapidly declining state of my health. Additionally, I must disclose that my current condition has prevented me from conducting proper legal research, and my exhaustive efforts to find legal representation or advice have been unsuccessful. I beg the court's forgiveness if this letter detailing my circumstances appears to be an excuse for inability rather than a valid reason. Though I fear for my freedom just as much as my life at this point, I hope I retain its possession until all these cases are concluded, as another casualty of this mess is my clean record, now with misdemeanor convictions that I was forced to plead guilty to, and felony charges, not to mention a very lengthy arrest record destroying my former unblemished employability and rendering it forever questionable.

Given the dire circumstances and the urgent need for medical treatment, I respectfully request the court's leniency in granting an expeditious filing. I am concerned that any further delay will severely jeopardize my chances of survival and hinder my ability to effectively litigate this case. I am pursuing this lawsuit as a means to obtain the financial resources necessary to access life-saving medical care, which I am currently unable to afford. I hope that the sum I ask for is not too much considering the sum total of the losses I have sustained--forfeiture of life being neither the least nor the greatest of these losses that continue to this day.

I humbly beseech the court's compassion and understanding in this matter. I am confident that, given the opportunity, I can present a compelling case that will expose the injustices I have suffered and hold the responsible parties accountable.

Thank you for your time and consideration.

Sincerely,

Charles De Raedt