FILED'24 DEC 23 16:05USDC-ORM

## 4. Notice of Appeal

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Plaintiff:** Charles De Raedt
**Defendants:** La Clinica et al

**Case No.:** [Your Case Number] 1:24-cv-01844-CL

## NOTICE OF APPEAL

Notice is hereby given that Charles De Raedt, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order dated December 23, 2024, denying Plaintiff's request for a Temporary Injunction.

**Dated:** December 23, 2024
**Respectfully submitted,**
Charles De Raedt
**Email:** deraedtcj@gmail.com
**Phone:** 458-488-9018
**Mailing Address:** General Delivery, Medford, OR 97501
**Pro Se Plaintiff**

*Charles De Raedt 12/23/24*