UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES DERAEDT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LA CLINICA; et al., <br><br> Defendants - Appellees. | No. 25-9 <br><br> D.C. No. 1:24-cv-01844-CL <br> District of Oregon, Medford <br><br> ORDER |

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. See 28 U.S.C. § 1291; *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**